Mustafa Shayan 293399
ASPC Eyman- Meadows Unit
P.O. Box 3500
Florence, AZ 85132

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Mustafa Shayan
    Plaintiff,

vs.

Sandura Williams, et al.,
    Defendants.

Case No. 22-CV-00115-TUC-RM

RESPONSE TO DEFENDANT GALAVIZ'S ANSWER TO COUNTS TWO AND THREE

Comes Now, Plaintiff, Mustafa Shayan, is hereby GIVEN his response to Defendant Galaviz's answer to count Two and Three [Doc. 36].

Defendant Galaviz's answer is more or less a non-response to the Plaintiff's Sixth Amended Complaint (SAC) consisting of denials, claims of poor memory and ignorance of events in which Defendant willingly and knowingly was a participant.

The Defendant asserts the following:

    1. Defendant Galavis denies that any violation of the Plaintiff's constitutional 1st Amendment right to practice his religion occurred. At the same time the Defendant claims "... insufficient information" to know truth from falsity relating to these matters.

2. Defendant also claims to not know the identities of his co-workers as well as their actions. Defendant worked with some of the very same team members for years.

3. Defendant Galaviz asserts that Plaintiff is without grounds to bring an action under 42 U.S.C §-1983 (Doc. 36) yet other than blanket denials and claims of inability to recall facts of events that Defendant participated in, officers no valid reasoning as to why this action should not proceed forward.

4. The defense asserts that Defendant's disruption of the Plaintiff's lawfull practice of his faith, it is rituals (prayer) and requirements to study the Quran present no undue burden or incumberance on the Plaintiff. Nor does the Defendant offers reason why his disruption and interference supports any need or function of the institution. Defendant makes no claim of acting on the orders of superious when he seized the Quran. Defendant never denies seizing the Plaintiff's Quran.

5. Defendant on lines 24-26 of page 2 of document 36, and page 3 of the same document agrees that Plaintiff filed a grievance complaint challenging Defendant Galaviz's seizure of his Quran. Defendant Galaviz then asserts that the grievance, filed on January 23, 2022 was closed on January 4, 2022,

19 days before it was filed. He goes on to claim not know what is truth or falsity and denies everything, but involvement of seizure of said Quran. The defense is being less than open and honest with this Court.

6. Defendant Galaviz denies involvement based on a claim of knowing nothing about counts Two and Three, thus Plaintiff asserts that the evidence(s) and witnesses are available to show it is otherwise.

## ARGUMENT

Defendant's response in no way seeks to bring clarity or resolution to this matter. The defense rely on denial, claims of ignorance and mental inability, rather than bring light to this case, he chooses muddy the water. No new information was brought to this matter by the Defendant's response. At no points does the defense refer the court to any evidence to convince the court that the Plaintiff's claims are lacking merit. The Defendant's entire response can be summed up by these few words; I don't know, I don't remember and thus I didn't do it.

Defendant accepted and compensated for a job that bears great societal responsibility. He took action in the execution of that job yet somehow when called to account for his personal choices and deeds, he relys on I don't know, I don't remember and thus I didn't do it. Defendant in his personal and official capacity as a detention officer is responsible for the safety and well being of his charges, his fellow officers and the facility.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court deny Defendant Galaviz's plea. Plaintiff reminds the Court that the Defendant merely denied and claimed not to know of events described by the Plaintiff in his Sixth Amended Complaint. Based on Defendant's insincere response to thiss matter, Plaintiff humbly asks that the Court award injunctive, punitive and prejudicial relifes along with any other relief this Court finds just and equitable.

DATED September 8, 2024

By: Mustafa Shayan
*/s/ Mustafa Shayan*

# CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2024, I submitted the attached document to the Clerk's office using the CM/EMF system for filing and trasmital of a notice of Electronic Filing and a copy of the fogoing has been maild on this date to the following:

Laura Conover

Tyler Campman

Rebecca K. O'Brien

32 North Stone Avenue, Suite 2100

Tucson, Arizona 85701

By: Mustafa Shayan

*/s/ Mustafa Shayan*

5